[No. 20355-0-I.  Division One.  December 30, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. WESLEY MICHAEL PERKINS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01473-8, Nancy A. Holman, J., entered April 28, 1987. *Remanded with instructions* by unpublished opinion per Coleman, A.C.J., concurred in by Webster and Winsor, JJ.

[No. 19107-1-I.  Division One.  December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN J. MELTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-05265-1, Jerome M. Johnson, J., entered August 8, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 20099-2-I.  Division One.  December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ALLEN CAVANAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02727-7, Anne L. Ellington, J., entered March 12, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.